67,770-06

In the name of God, most Gracious, most merci

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 14 2015
Abel Acosta, Clerk

Dear court clerk!                                     8/18/2015

my name is Terence L Lipscomb #1256559, I am writing you in need of your assistance. I need to know why was my 11.07 denied.

#2. can I fail another 11.07 or do I have to fail a subsequent writ?

my lawyer sold me out & when the state bar told him to continue this court still denied it & the state bar had nothing to say.

As I believe I was going through a break down, I tried to continue but by going to the federal but was told it was the wrong decision.

My spirit & mind is better now & I got to much time & I need to try my best to get out of here, but my paper work I can't get back from the person I sent it too.

So can you please answer my few questions so I can know what to do please — thank you!

Sincerely,

Terence Lipscomb

Terrance Lipscomb #1256559

George John Beto unit

1391 FM 3328

Tennessee colony, Texas 75880